THIS ORDER IS APPROVED.

Dated: July 07, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-14214

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Randy C. Elstad and Barbara R. Smerekanich-Elstad<br>    Debtors.<br>_____<br>US Bank National Association as Trustee by its Attorney in fact Wells Fargo Bank, N.A.<br>    Movant,<br>  vs.<br>Randy C. Elstad and Barbara R. Smerekanich-Elstad, Debtors, Stanley J. Kartchner, Trustee.<br>    Respondents. | No. 4:10-bk-15892-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 12, 2005 and recorded in the office of the Pima County Recorder wherein US Bank National Association as Trustee by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Randy C. Elstad and Barbara R. Smerekanich-Elstad have an interest in, further described as:

> Lot 119, of HORIZON HILLS according to the Map recorded in Book 26 of Maps, Page 28, records of Pima County, Arizona and as amended by Declaration of Scriveners Error recorded in Docket 4784, Page 789, Docket 4799, Page 641 and in Docket 6955, Page 846

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.